UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-08151 |
| RONALD IRVING GAINES JR ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by Nationstar Mortgage LLC to modify the automatic stay, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The automatic stay is modified so as to not restrain Nationstar Mortgage LLC from pursuing nonbankruptcy remedies with respect to the real property commonly known as 10526 S CHURCH ST, CHICAGO, IL 60643.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  October 08, 2019

**Prepared by:**