UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-08151
Ronald Gaines )
)
) Chapter: 13
)
) Honorable Timothy A. Barnes
)
Debtor(s) )

**Order Modifying Plan**

The Chapter 13 Plan is modified as follows:

1. Ongoing Chapter 13 Plan payments are increased to $715 per month.

2. The treatment of educational loans listed in Section 5.2 of the Chapter 13 Plan is stricken.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 10, 2020

**Prepared by:**
Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603