UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-08151 |
| Ronald Gaines ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER MODIFYING CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Set monthly payments of $400 shall be disbursed to Federal Loan Servicing.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 05, 2020

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603