# Form 1040 — U.S. Individual Income Tax Return (2020)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074 — IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.):
- [ ] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [x] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Field | Value |
|---|---|
| Your first name and middle initial | RONALD |
| Last name | GAINES JR |
| Your social security number | (redacted) |
| If joint return, spouse's first name and middle initial | |
| Last name | |
| Spouse's social security number | |
| Home address (number and street) | 10526 SOUTH CHURCH ST |
| Apt. no. | |
| City, town, or post office | CHICAGO |
| State | IL |
| ZIP code | 60643 |
| Foreign country name | |
| Foreign province/state/county | |
| Foreign postal code | |

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
- [ ] You
- [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes  [x] No

**Standard Deduction — Someone can claim:**
- [ ] You as a dependent
- [ ] Your spouse as a dependent
- [ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
- You: [ ] Were born before January 2, 1956   [ ] Are blind
- Spouse: [ ] Was born before January 2, 1956   [ ] Is blind

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | (4) Credit for other dependents |
|---|---|---|---|---|---|
| (redacted) | (redacted) | (redacted) | Son | [ ] | [x] |
| (redacted) | (redacted) | (redacted) | Son | [ ] | [x] |
| (redacted) | (redacted) | (redacted) | Daughter | [x] | [ ] |

If more than four dependents, see instructions and check here ▶ [ ]

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 126,340 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | 40,000 |
| 5b | Taxable amount | 13,333 |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 8 | Other income from Schedule 1, line 9 | (2,491) |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 137,182 |
| 10a | Adjustments to income: From Schedule 1, line 22 | |
| 10b | Charitable contributions if you take the standard deduction. See instructions | |
| 10c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | 0 |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | 137,182 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 18,650 |
| 13 | Qualified business income deduction. Attach Form 8995 or 8995-A | |
| 14 | Add lines 12 and 13 | 18,650 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 118,532 |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2020)

Form 1040 (2020)    RONALD GAINES JR    Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ____ ... | | 16 | 21,086 |
| 17 | Amount from Schedule 2, line 3 .................. | | 17 | |
| 18 | Add lines 16 and 17 .................. | | 18 | 21,086 |
| 19 | Child tax credit or credit for other dependents .................. | | 19 | 3,000 |
| 20 | Amount from Schedule 3, line 7 .................. | | 20 | |
| 21 | Add lines 19 and 20 .................. | | 21 | 3,000 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- .................. | | 22 | 18,086 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 .................. | | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** .................. ▶ | | 24 | 18,086 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 .................. | 25a  17,110 | | |
| b | Form(s) 1099 .................. | 25b   2,500 | | |
| c | Other forms (see instructions) .................. | 25c | | |
| d | Add lines 25a through 25c .................. | | 25d | 19,610 |
| 26 | 2020 estimated tax payments and amount applied from 2019 return .................. | | 26 | |
| 27 | Earned income credit (EIC) .................. | 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 .................. | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 .................. | 29 | | |
| 30 | Recovery rebate credit. See instructions .................. | 30 | 0 | |
| 31 | Amount from Schedule 3, line 13 .................. | 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ..... ▶ | | 32 | 0 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** .................. ▶ | | 33 | 19,610 |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** .... | 34 | 1,524 |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here .... ▶ ☐ | 35a | 1,524 |

Direct deposit?  ▶ b Routing number ▮▮▮▮▮▮▮   ▶ c Type: ☒ Checking  ☐ Savings
See instructions.  ▶ d Account number ▮▮▮▮▮▮▮

| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** .... ▶ | 36 | |

**Amount You Owe**

| 37 | Subtract line 33 from line 24. This is the **amount you owe now** .................. ▶ | 37 | 0 |

For details on how to pay, see instructions.

Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details.

| 38 | Estimated tax penalty (see instructions) .................. ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions .................. ▶ ☒ Yes. Complete below. ☐ No

Designee's name ▶ PHILLIP NEMBHARD    Phone no. ▶ 862-757-8559    Personal identification number (PIN) ▶ ▮▮▮▮▮

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▮▮▮▮▮    Date 08-26-2021    Your occupation POLICE OFFICER    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ ▮▮▮▮▮▮

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation    If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. ▮▮▮▮▮▮    Email address ▮▮▮▮▮▮▮▮▮▮

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | | Date 08-31-2021 | PTIN ▮▮▮▮▮▮ |
| Preparer's name PHILLIP NEMBHARD | | Phone no. 862-757-8559 | Check if: ☒ Self-employed |
| Firm's name ▶ NPM ACCOUNTING & ADVISORY LLC | | | |
| Firm's address ▶ 202 N 15TH ST    BLOOMFIELD, NJ 07003 | | | Firm's EIN ▶ ▮▮▮▮▮▮ |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    Form **1040** (2020)
EEA

| | | |
|---|---|---|
| **SCHEDULE 1** (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 **2020** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | Attachment Sequence No. **01** |

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: **RONALD GAINES JR**

Your social security number: ▇▇▇▇▇

### Part I — Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | (2,491) |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income. List type and amount ▶ | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040, 1040-SR, or 1040-NR line 8 | 9 | (2,491) |

### Part II — Adjustments to Income

| | | | |
|---|---|---|---:|
| 10 | Educator expenses | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans | 15 | |
| 16 | Self-employed health insurance deduction | 16 | |
| 17 | Penalty on early withdrawal of savings | 17 | |
| 18a | Alimony paid | 18a | |
| b | Recipient's SSN ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 19 | IRA deduction | 19 | |
| 20 | Student loan interest deduction | 20 | |
| 21 | Tuition and fees deduction. Attach Form 8917 | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10a | 22 | 0 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule 1 (Form 1040) 2020
EEA

| | | | | | |
|---|---|---|---|---|---|
| **SCHEDULE C** (Form 1040) | | **Profit or Loss From Business** (Sole Proprietorship) | | OMB No. 1545-0074 | |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information. ▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | | **2020** Attachment Sequence No. **09** | |

| | Name of proprietor | | | Social security number (SSN) | |
|---|---|---|---|---|---|
| | RONALD GAINES JR | | | | |
| A | Principal business or profession, including product or service (see instructions) BOOK PRODUCTION | | | B Enter code from instructions ▶ 999999 | |
| C | Business name. If no separate business name, leave blank. | | | D Employer ID number (EIN) (see instr.) | |
| E | Business address (including suite or room no.) ▶ 10526 SOUTH CHURCH ST | | | | |
| | City, town or post office, state, and ZIP code   CHICAGO, IL 60643 | | | | |
| F | Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ | | | | |
| G | Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses | | | [X] Yes | [ ] No |
| H | If you started or acquired this business during 2020, check here ▶ | | | [X] | |
| I | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions | | | [ ] Yes | [X] No |
| J | If "Yes," did you or will you file required Form(s) 1099? | | | [ ] Yes | [ ] No |

**Part I Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 1 | 0 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 0 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 0 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 0 |

**Part II Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 267 | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 2,224 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 2,491 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | (2,491) |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** ▶ • If a loss, you **must** go to line 32. | | | | | 31 | (2,491) |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**                                                          Schedule C (Form 1040) 2020

EEA

Schedule C (Form 1040) 2020     BOOK PRODUCTION 999999     Page **2**

| Name(s) | SSN |
|---|---|
| RONALD GAINES JR | |

### Part III — Cost of Goods Sold (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation. | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

### Part IV — Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year) ▶ _____

44   Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

   **a** Business _____    **b** Commuting (see instructions) _____    **c** Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

### Part V — Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| EQUIPMENT | 1,960 |
| OTHER BOOK PUBLISHING EXPENSES | 162 |
| ILLUSTRATIONS | 102 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a    48 | **2,224** |

EEA                                                              Schedule C (Form 1040) 2020

| Form **8995** | **Qualified Business Income Deduction Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2020** Attachment Sequence No. **55** |
| Name(s) shown on return: **RONALD GAINES JR** | | Your taxpayer identification number |

**Note.** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $163,300 ($326,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Schedule C: BOOK PRODUCTION | | (2,491) |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** (2,491) | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** 0 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | **5** 0 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** 0 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | **9** 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | **10** 0 |
| 11 | Taxable income before qualified business income deduction | **11** 118,532 | |
| 12 | Net capital gain (see instructions) | **12** 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** 118,532 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | **14** 23,706 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return ▶ | | **15** 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | **16** ( 2,491 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | **17** ( 0 ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**                                                Form **8995** (2020)
EEA

```
        Amount from Form 1040, line 11..........................  137,182
        Amount from Form 1040, line 12..........................   18,650

        Line 11 above is the difference between these amounts....  118,532
```

| Form **8879** (Rev. January 2021) Department of the Treasury Internal Revenue Service | IRS *e-file* Signature Authorization ▶ ERO must obtain and retain completed Form 8879. ▶ Go to *www.irs.gov/Form8879* for the latest information. | OMB No. 1545-0074 **2020** |

Submission Identification Number (SID) ▶ ███████████

| Taxpayer's name | Social security number |
|---|---|
| RONALD GAINES JR | ███████ |
| Spouse's name | Spouse's social security number |

**Part I  Tax Return Information - Tax Year Ending December 31, 2020**  (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.
**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | |
|---|---|---:|
| 1 | Adjusted gross income | 137,182 |
| 2 | Total tax | 18,086 |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | 19,610 |
| 4 | Amount you want refunded to you | 1,524 |
| 5 | Amount you owe | |

**Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

Refund will be deposited to: ███████

[X] I authorize  NPM ACCOUNTING & ADVISORY LLC   to enter or generate my PIN  ██████  as my
           ERO firm name                                                    Enter five digits, but
                                                                            don't enter all zeros
signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____   Date ▶ _____

**Spouse's PIN: check one box only**

[ ] I authorize  _____   to enter or generate my PIN  _____  as my
           ERO firm name                                                  Enter five digits, but
                                                                          don't enter all zeros
signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____   Date ▶ _____

**Practitioner PIN Method Returns Only - continue below**

**Part III  Certification and Authentication - Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   ███████████
                                                                                              Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶ _____   Date ▶  08-31-2021

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.                    Form **8879** (Rev. 01-2021)
EEA

# TAX RETURN COMPARISON
## 2018 / 2019 / 2020

| Name(s) as shown on return | | | | Identifying number |
|---|---|---|---|---|
| RONALD GAINES JR | | | | |

| | 2018 | 2019 | 2020 | Difference 2019-2020 |
|---|---|---|---|---|
| Filing Status | Head of House | Head of House | Head of House | |
| Number of Dependents | 3 | 3 | 3 | |
| **Income** | | | | |
| Wages, salaries, tips, etc. | 87,388 | 103,906 | 126,340 | 22,434 |
| Taxable interest and dividends | | | | |
| Taxable state and local refunds | | | | |
| Alimony | | | | |
| Business income (loss) | | | (2,491) | (2,491) |
| Gains (losses) | | | | |
| Pensions and IRA distributions | | | 13,333 | 13,333 |
| Rent and royalty income (loss) | | | | |
| Part, S-corps, trusts income (loss) | | | | |
| Farm income (loss) | | | | |
| Unemployment compensation | | | | |
| Total SS benefits received | | | | |
| Taxable SS benefits | | | | |
| Other income (loss) | | | | |
| Total Income | 87,388 | 94,204 | 137,182 | 42,978 |
| **Adjusted Gross Income** | | | | |
| Half of self-employment tax | | | | |
| IRA deduction | | | | |
| Other adjustments | | | | |
| Total Adjusted Gross Income | 87,388 | 94,204 | 137,182 | 42,978 |
| **Deductions** | | | | |
| Medical deductions | | | | |
| State and local taxes | | | | |
| Interest | | | | |
| Contributions | | | | |
| Employee business expenses | | | | |
| Standard or other deductions | 18,000 | 18,350 | 18,650 | 300 |
| Total Itemized or Standard Ded | 18,000 | 12,200 | 18,650 | 6,450 |
| **Qualified Business Income Deduction** | | | | |
| **Tax and Credits** | | | | |
| Taxable Income | 69,388 | 85,556 | 118,532 | 32,976 |
| Tax | 9,811 | 13,292 | 21,086 | 7,794 |
| Credits | 4,892 | 4,500 | 3,000 | (1,500) |
| Self-employment tax | | | | |
| Other taxes | | | | |
| Total Tax | 4,919 | 11,649 | 18,086 | 6,437 |
| **Payments** | | | | |
| Withholdings | 8,658 | 12,299 | 19,610 | 7,311 |
| Estimated tax payments | | | | |
| Earned income credit | | | | |
| Other payments and credits | 261 | | | |
| Estimated tax penalty | | | | |
| **Overpayment** | 4,000 | 3,507 | 1,524 | (1,983) |
| Overpayment Applied | | | | |
| **Refund** | 4,000 | | 1,524 | 1,524 |
| **Balance Due** | | 821 | | (821) |
| Marginal tax rate | | 24.00 | 24.00 | |
| Effective tax rate | 14.14 | 15.54 | 17.79 | 2.25 |

| Form **8915-E** | Qualified 2020 Disaster Retirement Plan Distributions and Repayments | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Use for Coronavirus-Related and Other Qualified 2020 Disaster Distributions)<br>▶ Go to www.irs.gov/Form8915E for instructions and the latest information.<br>▶ Attach to 2020 Form 1040, 1040-SR, or 1040-NR. | **2020**<br>Attachment Sequence No. **915** |

Name. If married, file a separate form for each spouse required to file 2020 Form 8915-E. See instructions.
**RONALD GAINES JR**

Your social security number

Fill in Your Address Only if You Are Filing This Form by Itself and Not With Your Tax Return ▶

Home address (number and street, or P.O. box if mail is not delivered to your home) | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete the spaces below (see instructions).

If this is an amended return, check here ▶ ☐

Foreign country name | Foreign province/state/county | Foreign postal code

**Before you begin:**
- Complete 2020 Form 8915-**D**, Qualified 2019 Disaster Retirement Plan Distributions and Repayments, and 2020 Form 8915-**C**, Qualified 2018 Disaster Retirement Plan Distributions and Repayments, if applicable.
- If you completed Part I of 2020 Form 8915-**D**, or of 2020 Form 8915-**C**, see the Caution in *Column (a)* in the instructions to figure the amounts for column (a).
- See Table 1 in the instructions for the list of qualified 2020 disasters.
- If you are reporting distributions in Part I for more than one qualified 2020 disaster, see the instructions to determine whether you should use Worksheet 2 to figure the amounts to enter in Part I, column (b), below. If you must use Worksheet 2, check this box ▶ ☐

### Part I — Total Distributions From All Retirement Plans (Including IRAs).

**! CAUTION**
- For coronavirus, check this box ▶ [x] Do **not** enter a disaster name, a disaster beginning date, or an earliest distribution date below. Coronavirus-related distributions can be made on or after January 1, 2020, and **before** December 31, 2020.
- For 2020, qualified 2020 disaster distributions for a disaster other than the coronavirus can be made at any time in 2020 on or after the disaster's beginning date. See instructions.

Disaster name ▶
Disaster beginning date ▶

*Complete lines 1 through 4 of one column before going to the next column.*

| | | (a) Total distributions in 2020 (see instructions) | (b) Qualified 2020 disaster distributions made in 2020 (see instructions) | (c) Allocation of column (b) (see instructions) |
|---|---|---|---|---|
| 1 | Distributions from retirement plans (other than IRAs)<br>Date earliest distribution made ▶ | 40,000 | 40,000 | |
| 2 | Distributions from traditional, SEP, and SIMPLE IRAs<br>Date earliest distribution made ▶ | | | |
| 3 | Distributions from Roth IRAs<br>Date earliest distribution made ▶ | | | |
| 4 | Totals. Add lines 1 through 3 in columns (a) and (b). Complete column (c) if line 4, column (b), is more than $100,000. Otherwise, leave column (c) blank . . . . . . . . . . . . . . | 40,000 | 40,000 | 100,000 |
| 5 | If you completed column (c), enter the excess of the amount on line 4, column (a), over $100,000. Otherwise, enter the excess of the amount on line 4, column (a), over the amount on line 4, column (b). Report these distributions under the normal rules in accordance with the instructions for your tax return . . . . . . . . . . . . . . . . . . . . . . | | **5** | |

### Part II — Qualified 2020 Disaster Distributions From Retirement Plans (Other Than IRAs)

| 6 | If you completed line 1, column (c), enter that amount. Otherwise, enter the amount from line 1, column (b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 40,000 |
|---|---|---|---|
| 7 | Enter the applicable cost of distributions, if any. See instructions . . . . . . . . . . | **7** | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 40,000 |
| 9 | If you elect NOT to spread the taxable amount over 3 years, check this box ▶ ☐ and enter the amount from line 8 (see instructions). You must check this box if you check the box on line 17. Otherwise, divide line 8 by 3.0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 13,333 |
| 10 | Enter the total amount of any repayments you made before filing your 2020 tax return. But don't include repayments made later than the due date (including extensions) for that return. Don't use this form to report repayments of qualified 2016, 2017, 2018, or 2019 disaster distributions. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Amount subject to tax in 2020.** Subtract line 10 from line 9. If zero or less, enter -0-. Include this amount in the total on 2020 Form 1040, 1040-SR, or 1040-NR, line 5b . . . . . . . . . . | **11** | 13,333 |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.

Form **8915-E** (2020)

EEA