

CITY OF CHICAGO

Deposit Date 16-MAR-2019

PAYROLL NUMBER
EMPLOYEE NBR.
GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\* NON \*\*\* NEGOTIABLE \*\*\* DIRECT DEPOSIT \*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 01252539

**City of Chicago** — **Department of Finance**

Deposit Number: 01252539
Deposit Date: 16-MAR-2019

| Employee Nbr. | Employee Name/W4 | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | 15-MAR-2019 | 16-MAR-2019 | $3,570.97 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 49.53977 | 88.00 | 4,359.50 | 23,114.50 | DEFERRED COMP | 250.00 | 1,500.00 |
| BFD BUY BACK | 50.30192 | 16.00 | 804.83 | 804.83 | HEALTH INS | 92.87 | 557.22 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | POLIC PENSION | 392.36 | 2,161.31 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | | | |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | | | |
| UNIFORM | | 0.00 | 0.00 | 600.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 30.00 |
| Federal Tax | 521.11 | 2,454.71 |
| IL State Tax | 219.24 | 1,129.77 |
| Medicare | 73.53 | 384.03 |
| POLICE INSURANCE | 1.25 | 7.50 |
| POLICE MEMORIAL | 5.00 | 15.00 |
| Social Security | 0.00 | 64.40 |
| UNION DUES | 33.00 | 171.75 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 5,164.33 | 27,042.36 |
| Checking Account | 3,570.97 | Less Before-Tax Deductions | 735.23 | 4,218.53 |
| Savings Account | | Taxable Gross | 4,429.10 | 22,823.83 |
| Check Amount | | Less After-Tax Deductions | 858.13 | 4,257.16 |
| Total | $3,570.97 | Net Amount | $3,570.97 | $18,566.67 |



CITY OF CHICAGO

Deposit Date    01-MAR-2019

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   01233600

| City of Chicago | | Department of Finance | | | Deposit Number | 01233600 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 01-MAR-2019 |
| Employee Nbr. | | Employee Name/W4 | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR  0  Married  0 | | | 28-FEB-2019 | 01-MAR-2019 | $2,533.21 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 52.09722 | 72.00 | 3,751.00 | 18,755.00 | DEFERRED COMP | 250.00 | 1,250.00 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | HEALTH INS | 92.87 | 464.35 |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | POLIC PENSION | 337.59 | 1,768.95 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | | | |
| UNIFORM | | 0.00 | 0.00 | 600.00 | | | |
| | | | | | After Tax Deductions | Current | YTD |
| | | | | | CHARITY | 5.00 | 25.00 |
| | | | | | Federal Tax | 293.30 | 1,933.60 |
| | | | | | IL State Tax | 151.99 | 910.53 |
| | | | | | Medicare | 53.04 | 310.50 |
| | | | | | POLICE INSURANCE | 1.25 | 6.25 |
| | | | | | POLICE MEMORIAL | 5.00 | 10.00 |
| | | | | | Social Security | 0.00 | 64.40 |
| | | | | | UNION DUES | 27.75 | 138.75 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,751.00 | 21,878.03 |
| Checking Account | 2,533.21 | Less Before-Tax Deductions | 680.46 | 3,483.30 |
| Savings Account | | Taxable Gross | 3,070.54 | 18,394.73 |
| Check Amount | | Less After-Tax Deductions | 537.33 | 3,399.03 |
| Total | $2,533.21 | Net Amount | $2,533.21 | $14,995.70 |



CITY OF CHICAGO

Deposit Date  16-FEB-2019

PAYROLL NUMBER
EMPLOYEE NBR.
GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\* NON \*\*\* NEGOTIABLE \*\*\* DIRECT DEPOSIT \*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   01208773

| City of Chicago | | | Department of Finance | | Deposit Number | 01208773 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 16-FEB-2019 |

| Employee Nbr. | Employee Name/W4 | | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR 0 Married 0 | | | | 15-FEB-2019 | 16-FEB-2019 | $2,533.20 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 15,004.00 | DEFERRED COMP | 250.00 | 1,000.00 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | HEALTH INS | 92.87 | 371.48 |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | POLIC PENSION | 337.59 | 1,431.36 |
| UNIFORM | | 0.00 | 0.00 | 600.00 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | | | |
| | | | | | After Tax Deductions | Current | YTD |
| | | | | | CHARITY | 5.00 | 20.00 |
| | | | | | Federal Tax | 293.30 | 1,640.30 |
| | | | | | IL State Tax | 151.99 | 758.54 |
| | | | | | Medicare | 53.05 | 257.46 |
| | | | | | POLICE INSURANCE | 1.25 | 5.00 |
| | | | | | POLICE MEMORIAL | 5.00 | 5.00 |
| | | | | | Social Security | 0.00 | 64.40 |
| | | | | | UNION DUES | 27.75 | 111.00 |

| Net Amount Distribution | | | Totals | Current | YTD |
|---|---|---|---|---|---|
| Type | Amount | | Gross | 3,751.00 | 18,127.03 |
| Checking Account | 2,533.20 | | Less Before-Tax Deductions | 680.46 | 2,802.84 |
| Savings Account | | | Taxable Gross | 3,070.54 | 15,324.19 |
| Check Amount | | | Less After-Tax Deductions | 537.34 | 2,861.70 |
| Total | $2,533.20 | | Net Amount | $2,533.20 | $12,462.49 |



**CITY OF CHICAGO**

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

Deposit Date    01-FEB-2019

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.    01188587

| City of Chicago | | | Department of Finance | | Deposit Number | 01188587 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 01-FEB-2019 |
| Employee Nbr. | | Employee Name/W4 | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR  0  Married  0 | | | 31-JAN-2019 | 01-FEB-2019 | $3,027.81 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 39.07292 | 96.00 | 3,751.00 | 11,253.00 | DEFERRED COMP | 250.00 | 750.00 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | HEALTH INS | 92.87 | 278.61 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | POLIC PENSION | 337.59 | 1,093.77 |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | | | |
| UNIFORM | | 0.00 | 600.00 | 600.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 15.00 |
| Federal Tax | 365.30 | 1,347.00 |
| IL State Tax | 181.69 | 606.55 |
| Medicare | 61.74 | 204.41 |
| POLICE INSURANCE | 1.25 | 3.75 |
| Social Security | 0.00 | 64.40 |
| UNION DUES | 27.75 | 83.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 4,351.00 | 14,376.03 |
| Checking Account | 3,027.81 | Less Before-Tax Deductions | 680.46 | 2,122.38 |
| Savings Account | | Taxable Gross | 3,670.54 | 12,253.65 |
| Check Amount | | Less After-Tax Deductions | 642.73 | 2,324.36 |
| Total | $3,027.81 | Net Amount | $3,027.81 | $9,929.29 |



CITY OF CHICAGO

Deposit Date     01-FEB-2019

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\* NON \*\*\* NEGOTIABLE \*\*\* DIRECT DEPOSIT \*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   01188587

**City of Chicago** — **Department of Finance**

Deposit Number: 01188587
Deposit Date: 01-FEB-2019

| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | | | 31-JAN-2019 | 01-FEB-2019 | $3,027.81 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 39.07292 | 96.00 | 3,751.00 | 11,253.00 | DEFERRED COMP | 250.00 | 750.00 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | HEALTH INS | 92.87 | 278.61 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | POLIC PENSION | 337.59 | 1,093.77 |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | | | |
| UNIFORM | | 0.00 | 600.00 | 600.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 15.00 |
| Federal Tax | 365.30 | 1,347.00 |
| IL State Tax | 181.69 | 606.55 |
| Medicare | 61.74 | 204.41 |
| POLICE INSURANCE | 1.25 | 3.75 |
| Social Security | 0.00 | 64.40 |
| UNION DUES | 27.75 | 83.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 4,351.00 | 14,376.03 |
| Checking Account | 3,027.81 | Less Before-Tax Deductions | 680.46 | 2,122.38 |
| Savings Account | | Taxable Gross | 3,670.54 | 12,253.65 |
| Check Amount | | Less After-Tax Deductions | 642.73 | 2,324.36 |
| Total | $3,027.81 | Net Amount | $3,027.81 | $9,929.29 |



# CITY OF CHICAGO

Deposit Date    01-FEB-2019

PAYROLL NUMBER  
EMPLOYEE NBR.  
GAINES JR, RONALD I

1180  
1188587

RONALD I. GAINES JR  
10526 S CHURCH  
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***  
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***  
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***  
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***  
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 01188587

| City of Chicago | | | Department of Finance | | | Deposit Number | 01188587 |
|---|---|---|---|---|---|---|---|
| | | | | | | Deposit Date | 01-FEB-2019 |
| Employee Nbr. | | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR 0 Married 0 | | | | 31-JAN-2019 | 01-FEB-2019 | $3,027.81 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 39.07292 | 96.00 | 3,751.00 | 11,253.00 | DEFERRED COMP | 250.00 | 750.00 |
| SPCL EMP CTA | | 0.00 | 0.00 | 1,038.74 | HEALTH INS | 92.87 | 278.61 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | POLIC PENSION | 337.59 | 1,093.77 |
| OT 1_0 | | 0.00 | 0.00 | 584.29 | | | |
| UNIFORM | | 0.00 | 600.00 | 600.00 | | | |

| | | | | | After Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | CHARITY | 5.00 | 15.00 |
| | | | | | Federal Tax | 365.30 | 1,347.00 |
| | | | | | IL State Tax | 181.69 | 606.55 |
| | | | | | Medicare | 61.74 | 204.41 |
| | | | | | POLICE INSURANCE | 1.25 | 3.75 |
| | | | | | Social Security | 0.00 | 64.40 |
| | | | | | UNION DUES | 27.75 | 83.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 4,351.00 | 14,376.03 |
| Checking Account | 3,027.81 | Less Before-Tax Deductions | 680.46 | 2,122.38 |
| Savings Account | | Taxable Gross | 3,670.54 | 12,253.65 |
| Check Amount | | Less After-Tax Deductions | 642.73 | 2,324.36 |
| Total | $3,027.81 | Net Amount | $3,027.81 | $9,929.29 |



CITY OF CHICAGO

| | |
|---|---|
| Deposit Date | 16-JAN-2019 |

PAYROLL NUMBER

EMPLOYEE NBR.



GAINES JR, RONALD I

1180
1164405

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\* NON \*\*\* NEGOTIABLE \*\*\* DIRECT DEPOSIT \*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*
\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*VOID\*\*\*

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   01164405

| City of Chicago | | | Department of Finance | | Deposit Number | 01164405 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 16-JAN-2019 |
| Employee Nbr. | | Employee Name/W4 | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR  0  Married  0 | | | 15-JAN-2019 | 16-JAN-2019 | $2,538.20 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 7,502.00 | DEFERRED COMP | 250.00 | 500.00 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 900.00 | HEALTH INS | 92.87 | 185.74 |
| | | | | | POLIC PENSION | 337.59 | 756.18 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 10.00 |
| Federal Tax | 293.30 | 695.71 |
| IL State Tax | 151.99 | 344.52 |
| Medicare | 53.05 | 119.14 |
| POLICE INSURANCE | 1.25 | 2.50 |
| UNION DUES | 27.75 | 55.50 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,751.00 | 8,402.00 |
| Checking Account | 2,538.20 | Less Before-Tax Deductions | 680.46 | 1,441.92 |
| Savings Account | | Taxable Gross | 3,070.54 | 6,960.08 |
| Check Amount | | Less After-Tax Deductions | 532.34 | 1,227.37 |
| Total | $2,538.20 | Net Amount | $2,538.20 | $5,732.71 |




**CITY OF CHICAGO**

Deposit Date 01-JAN-2019

PAYROLL NUMBER
EMPLOYEE NBR.
GAINES JR, RONALD I

1180
1138588

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 01138588

| City of Chicago | | | Department of Finance | | Deposit Number | 01138588 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 01-JAN-2019 |
| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR 0 Married 0 | | | 31-DEC-2018 | 01-JAN-2019 | $2,538.21 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 3,751.00 | DEFERRED COMP | 250.00 | 250.00 |
| | | | | | HEALTH INS | 92.87 | 92.87 |
| | | | | | POLIC PENSION | 337.59 | 337.59 |
| | | | | | **After Tax Deductions** | **Current** | **YTD** |
| | | | | | CHARITY | 5.00 | 5.00 |
| | | | | | Federal Tax | 293.30 | 293.30 |
| | | | | | IL State Tax | 151.99 | 151.99 |
| | | | | | Medicare | 53.04 | 53.04 |
| | | | | | POLICE INSURANCE | 1.25 | 1.25 |
| | | | | | UNION DUES | 27.75 | 27.75 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,751.00 | 3,751.00 |
| Checking Account | 2,538.21 | Less Before-Tax Deductions | 680.46 | 680.46 |
| Savings Account | | Taxable Gross | 3,070.54 | 3,070.54 |
| Check Amount | | Less After-Tax Deductions | 532.33 | 532.33 |
| Total | $2,538.21 | Net Amount | $2,538.21 | $2,538.21 |



**CITY OF CHICAGO**

Deposit Date    16-DEC-2018

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

1180
1117533

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.    01117533

| City of Chicago | | | Department of Finance | | Deposit Number | 01117533 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 16-DEC-2018 |
| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
| | RONALD I. GAINES JR  0  Married  0 | | | 15-DEC-2018 | 16-DEC-2018 | $2,532.63 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 46.8875 | 80.00 | 3,751.00 | 90,024.00 | DEFERRED COMP | 250.00 | 4,650.00 |
| HOLIDAY PREM | | 0.00 | 0.00 | 357.06 | HEALTH INS | 92.87 | 2,228.88 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | POLIC PENSION | 337.59 | 8,426.16 |
| SPCL EMP CTA | | 0.00 | 0.00 | 692.49 | | | |
| OT 1_0 | | 0.00 | 0.00 | 779.05 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,800.00 | | | |
| IMPUTED LIFE INS | | 0.00 | 30.00 | 30.00 | | | |

| | | | | | After Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | CHARITY | 5.00 | 120.00 |
| | | | | | Federal Tax | 298.44 | 8,536.42 |
| | | | | | IL State Tax | 151.99 | 4,090.69 |
| | | | | | Medicare | 53.48 | 1,388.32 |
| | | | | | POLICE INSURANCE | 1.25 | 30.00 |
| | | | | | Social Security | 0.00 | 42.93 |
| | | | | | UNION DUES | 27.75 | 627.00 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,781.00 | 97,945.09 |
| Checking Account | 2,532.63 | Less Before-Tax Deductions | 680.46 | 15,305.04 |
| Savings Account | | Taxable Gross | 3,070.54 | 82,640.05 |
| Check Amount | | Less After-Tax Deductions | 537.91 | 14,835.36 |
| Total | $2,532.63 | Net Amount | $2,532.63 | $67,804.69 |



**CITY OF CHICAGO**

Deposit Date: 01-DEC-2018



PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

1180  1099532

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 01099532

| City of Chicago | Department of Finance | Deposit Number | 01099532 |
|---|---|---|---|
| | | Deposit Date | 01-DEC-2018 |

| Employee Nbr. | Employee Name/W4 | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | 30-NOV-2018 | 01-DEC-2018 | $3,026.27 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 86,273.00 | DEFERRED COMP | 250.00 | 4,400.00 |
| HOLIDAY PREM | | 0.00 | 0.00 | 357.06 | HEALTH INS | 92.87 | 2,136.01 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | POLIC PENSION | 337.59 | 8,088.57 |
| SPCL EMP CTA | | 0.00 | 0.00 | 692.49 | | | |
| OT 1_0 | | 0.00 | 0.00 | 779.05 | | | |
| UNIFORM | | 0.00 | 600.00 | 1,800.00 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 115.00 |
| Federal Tax | 366.84 | 8,237.98 |
| IL State Tax | 181.69 | 3,938.70 |
| Medicare | 61.74 | 1,334.84 |
| POLICE INSURANCE | 1.25 | 28.75 |
| Social Security | 0.00 | 42.93 |
| UNION DUES | 27.75 | 599.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 4,351.00 | 94,194.09 |
| Checking Account | 3,026.27 | Less Before-Tax Deductions | 680.46 | 14,624.58 |
| Savings Account | | Taxable Gross | 3,670.54 | 79,569.51 |
| Check Amount | | Less After-Tax Deductions | 644.27 | 14,297.45 |
| Total | $3,026.27 | Net Amount | $3,026.27 | $65,272.06 |




**CITY OF CHICAGO**

Deposit Date  16-NOV-2018

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

1180
1078989

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

```
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
         *** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
```

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.  01078989

| City of Chicago | | | Department of Finance | | Deposit Number | 01078989 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 16-NOV-2018 |

| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | | | 15-NOV-2018 | 16-NOV-2018 | $2,536.67 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 82,522.00 | DEFERRED COMP | 250.00 | 4,150.00 |
| HOLIDAY PREM | | 0.00 | 0.00 | 357.06 | HEALTH INS | 92.87 | 2,043.14 |
| SPCL EMP CTA | | 0.00 | 0.00 | 692.49 | POLIC PENSION | 337.59 | 7,750.98 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |
| OT 1_0 | | 0.00 | 0.00 | 779.05 | | | |

| | | | | | After Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | CHARITY | 5.00 | 110.00 |
| | | | | | Federal Tax | 294.84 | 7,871.14 |
| | | | | | IL State Tax | 151.99 | 3,757.01 |
| | | | | | Medicare | 53.04 | 1,273.10 |
| | | | | | POLICE INSURANCE | 1.25 | 27.50 |
| | | | | | Social Security | 0.00 | 42.93 |
| | | | | | UNION DUES | 27.75 | 571.50 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,751.00 | 89,843.09 |
| Checking Account | 2,536.67 | Less Before-Tax Deductions | 680.46 | 13,944.12 |
| Savings Account | | Taxable Gross | 3,070.54 | 75,898.97 |
| Check Amount | | Less After-Tax Deductions | 533.87 | 13,653.18 |
| Total | $2,536.67 | Net Amount | $2,536.67 | $62,245.79 |



## CITY OF CHICAGO

Deposit Date 01-NOV-2018

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

1180
9877554

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 09877554

Open Enrollment for 2019 ends Oct 31, 2018
www.cityofchicagobenefits.org or 1-877-299-5111
for Med/Dental changes, & for FSA Re-enrollment

| City of Chicago | | | Department of Finance | | Deposit Number | 09877554 |
| | | | | | Deposit Date | 01-NOV-2018 |

| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR 0 Married 0 | | | 31-OCT-2018 | 01-NOV-2018 | $2,960.47 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 39.07292 | 96.00 | 3,751.00 | 78,771.00 | DEFERRED COMP | 250.00 | 3,900.00 |
| HOLIDAY PREM | | 0.00 | 0.00 | 357.06 | HEALTH INS | 92.87 | 1,950.27 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | POLIC PENSION | 337.59 | 7,413.39 |
| SPCL EMP CTA | | 0.00 | 0.00 | 692.49 | | | |
| OT 1_0 | 43.28077 | 12.00 | 519.37 | 779.05 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |

| | | | | | After Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | CHARITY | 5.00 | 105.00 |
| | | | | | Federal Tax | 357.16 | 7,576.30 |
| | | | | | IL State Tax | 177.70 | 3,605.02 |
| | | | | | Medicare | 60.58 | 1,220.06 |
| | | | | | POLICE INSURANCE | 1.25 | 26.25 |
| | | | | | Social Security | 0.00 | 42.93 |
| | | | | | UNION DUES | 27.75 | 543.75 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 4,270.37 | 86,092.09 |
| Checking Account | 2,960.47 | Less Before-Tax Deductions | 680.46 | 13,263.66 |
| Savings Account | | Taxable Gross | 3,589.91 | 72,828.43 |
| Check Amount | | Less After-Tax Deductions | 629.44 | 13,119.31 |
| Total | $2,960.47 | Net Amount | $2,960.47 | $59,709.12 |



**CITY OF CHICAGO**

Deposit Date 16-OCT-2018

PAYROLL NUMBER  
EMPLOYEE NBR.  
GAINES JR, RONALD I

RONALD I. GAINES JR  
10526 S CHURCH  
Chicago IL 60643

1180  
9868467

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   09868467

Open Enrollment for 2019 ends Oct 31, 2018  
www.cityofchicagobenefits.org or 1-877-299-5111  
for Med/Dental changes, & for FSA Re-enrollment

**City of Chicago**          **Department of Finance**

Deposit Number  09868467  
Deposit Date  16-OCT-2018

| Employee Nbr. | Employee Name/W4 | | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | | | | 15-OCT-2018 | 16-OCT-2018 | $648.16 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | | 0.00 | 0.00 | 75,020.00 | DEFERRED COMP | 0.00 | 3,650.00 |
| SPCL EMP CTA | 43.28063 | 16.00 | 692.49 | 692.49 | HEALTH INS | 0.00 | 1,857.40 |
| HOLIDAY PREM | 43.28077 | 4.25 | 183.94 | 357.06 | POLIC PENSION | 0.00 | 7,075.80 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | | | |
| OT 1_0 | | 0.00 | 0.00 | 259.68 | | | |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |

| | | After Tax Deductions | Current | YTD |
|---|---|---|---|---|
| | | CHARITY | 0.00 | 100.00 |
| | | Federal Tax | 129.24 | 7,219.14 |
| | | IL State Tax | 43.39 | 3,427.32 |
| | | Medicare | 12.71 | 1,159.48 |
| | | POLICE INSURANCE | 0.00 | 25.00 |
| | | Social Security | 42.93 | 42.93 |
| | | UNION DUES | 0.00 | 516.00 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 876.43 | 81,821.72 |
| Checking Account | 648.16 | Less Before-Tax Deductions | 0.00 | 12,583.20 |
| Savings Account | | Taxable Gross | 876.43 | 69,238.52 |
| Check Amount | | Less After-Tax Deductions | 228.27 | 12,489.87 |
| Total | $648.16 | Net Amount | $648.16 | $56,748.65 |



**CITY OF CHICAGO**

Deposit Date 16-OCT-2018

PAYROLL NUMBER
EMPLOYEE NBR.
GAINES JR, RONALD I

1180
9863368

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
\*\*\* NON \*\*\* NEGOTIABLE \*\*\* DIRECT DEPOSIT \*\*\*
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 09863368

Open Enrollment for 2019: Oct 17 - Oct 31, 2018
Visit www.cityofchicagobenefits.org for Medical/
Dental plan changes, & for FSA Re-enrollment

**City of Chicago** — **Department of Finance**

Deposit Number 09863368
Deposit Date 16-OCT-2018

| Employee Nbr. | Employee Name/W4 | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | | 15-OCT-2018 | 16-OCT-2018 | $2,536.67 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 42.625 | 88.00 | 3,751.00 | 75,020.00 | DEFERRED COMP | 250.00 | 3,650.00 |
| HOLIDAY PREM | | 0.00 | 0.00 | 173.12 | HEALTH INS | 92.87 | 1,857.40 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | POLIC PENSION | 337.59 | 7,075.80 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 3,600.00 | | | |
| OT 1_0 | | 0.00 | 0.00 | 259.68 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |
| | | | | | After Tax Deductions | Current | YTD |
| | | | | | CHARITY | 5.00 | 100.00 |
| | | | | | Federal Tax | 294.84 | 7,089.90 |
| | | | | | IL State Tax | 151.99 | 3,383.93 |
| | | | | | Medicare | 53.04 | 1,146.77 |
| | | | | | POLICE INSURANCE | 1.25 | 25.00 |
| | | | | | UNION DUES | 27.75 | 516.00 |

**Net Amount Distribution**

| Type | Amount |
|---|---|
| Checking Account | 2,536.67 |
| Savings Account | |
| Check Amount | |
| Total | $2,536.67 |

**Totals**

| | Current | YTD |
|---|---|---|
| Gross | 3,751.00 | 80,945.29 |
| Less Before-Tax Deductions | 680.46 | 12,583.20 |
| Taxable Gross | 3,070.54 | 68,362.09 |
| Less After-Tax Deductions | 533.87 | 12,261.60 |
| Net Amount | $2,536.67 | $56,100.49 |



# CITY OF CHICAGO

Deposit Date    01-OCT-2018



PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

1180
9853583

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

Open Enrollment for 2019: Oct 17 - Oct 31, 2018
Visit www.cityofchicagobenefits.org for Medical/
Dental plan changes, & for FSA Re-enrollment

SEQ NO.    09853583

| City of Chicago | Department of Finance | Deposit Number | 09853583 |
| | | Deposit Date | 01-OCT-2018 |

| Employee Nbr. | Employee Name/W4 | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|
| | RONALD I. GAINES JR  0 Married 0 | 30-SEP-2018 | 01-OCT-2018 | $834.73 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | | 0.00 | 0.00 | 71,269.00 | DEFERRED COMP | 0.00 | 3,400.00 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | HEALTH INS | 0.00 | 1,764.53 |
| HOLIDAY PREM | | 0.00 | 0.00 | 173.12 | POLIC PENSION | 81.00 | 6,738.21 |
| OT 1_0 | 43.28077 | 6.00 | 259.68 | 259.68 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |
| DUTY AVAILABILITY | | 0.00 | 900.00 | 3,600.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 0.00 | 95.00 |
| Federal Tax | 173.74 | 6,795.06 |
| IL State Tax | 53.40 | 3,231.94 |
| Medicare | 16.81 | 1,093.73 |
| POLICE INSURANCE | 0.00 | 23.75 |
| UNION DUES | 0.00 | 488.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 1,159.68 | 77,194.29 |
| Checking Account | 834.73 | Less Before-Tax Deductions | 81.00 | 11,902.74 |
| Savings Account | | Taxable Gross | 1,078.68 | 65,291.55 |
| Check Amount | | Less After-Tax Deductions | 243.95 | 11,727.73 |
| Total | $834.73 | Net Amount | $834.73 | $53,563.82 |



**CITY OF CHICAGO**

Deposit Date   01-OCT-2018



PAYROLL NUMBER  
EMPLOYEE NBR.  
GAINES JR, RONALD I

RONALD I. GAINES JR  
10526 S CHURCH  
Chicago IL 60643

1180  
9847326

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO.   09847326

Open Enrollment for 2019: Oct 17 - Oct 31, 2018  
Visit www.cityofchicagobenefits.org for Medical/  
Dental plan changes, & for FSA Re-enrollment

| City of Chicago | | | Department of Finance | | Deposit Number | 09847326 |
|---|---|---|---|---|---|---|
| | | | | | Deposit Date | 01-OCT-2018 |

| Employee Nbr. | Employee Name/W4 | | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|---|
| | RONALD I. GAINES JR  0  Married  0 | | | 30-SEP-2018 | 01-OCT-2018 | $2,536.66 |

| Description | Rate | Hours | Earnings | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Salary | 46.8875 | 80.00 | 3,751.00 | 71,269.00 | DEFERRED COMP | 250.00 | 3,400.00 |
| BFD BUY BACK | | 0.00 | 0.00 | 692.49 | HEALTH INS | 92.87 | 1,764.53 |
| HOLIDAY PREM | | 0.00 | 0.00 | 173.12 | POLIC PENSION | 337.59 | 6,657.21 |
| DUTY AVAILABILITY | | 0.00 | 0.00 | 2,700.00 | | | |
| UNIFORM | | 0.00 | 0.00 | 1,200.00 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| CHARITY | 5.00 | 95.00 |
| Federal Tax | 294.84 | 6,621.32 |
| IL State Tax | 151.99 | 3,178.54 |
| Medicare | 53.05 | 1,076.92 |
| POLICE INSURANCE | 1.25 | 23.75 |
| UNION DUES | 27.75 | 488.25 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 3,751.00 | 76,034.61 |
| Checking Account | 2,536.66 | Less Before-Tax Deductions | 680.46 | 11,821.74 |
| Savings Account | | Taxable Gross | 3,070.54 | 64,212.87 |
| Check Amount | | Less After-Tax Deductions | 533.88 | 11,483.78 |
| Total | $2,536.66 | Net Amount | $2,536.66 | $52,729.09 |