Exhibit C



# CITY OF CHICAGO

Deposit Date: 01-NOV-2021

PAYROLL NUMBER

EMPLOYEE NBR.

GAINES JR, RONALD I

1180
2944075

RONALD I. GAINES JR
10526 S CHURCH
Chicago IL 60643

***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
*** NON *** NEGOTIABLE *** DIRECT DEPOSIT ***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***
***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

THIS IS A STATEMENT OF YOUR EARNINGS AND PAYROLL DEDUCTIONS

SEQ NO. 02944075

**City of Chicago** — **Department of Finance**

Deposit Number: 02944075
Deposit Date: 01-NOV-2021

| Employee Nbr. | Employee Name/W4 | | Period End | Deposit Date | Deposit Amount |
|---|---|---|---|---|---|
|  | RONALD I. GAINES JR  0  Married  0 | | 31-OCT-2021 | 01-NOV-2021 | $3,190.05 |

| Description | Rate | Hours | Earnings | YTD |
|---|---|---|---|---|
| Regular Salary | 64.28 | 80.00 | 5,142.50 | 107,417.75 |
| OT FLSA | 69.66909 | 10.50 | 731.53 | 8,836.60 |
| RETRO PAY PEN |  | 0.00 | 0.00 | 1,807.91 |
| OT 1_0 |  | 0.00 | 0.00 | 1,833.52 |
| DUTY AVAILABILITY |  | 0.00 | 0.00 | 3,800.00 |
| UNIFORM |  | 0.00 | 0.00 | 1,300.00 |
| RETRO PAY NO PEN |  | 0.00 | 0.00 | 398.58 |
| SUPERVISOR |  | 0.00 | 0.00 | 7,064.25 |
| COMP TIME 200 HR |  | 0.00 | 0.00 | 5,904.81 |

| Before Tax Deductions | Current | YTD |
|---|---|---|
| DEFERRED COMP | 812.00 | 16,840.00 |
| HEALTH INS | 193.93 | 4,047.68 |
| POLIC PENSION | 462.83 | 10,172.41 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| BANKRUPTCY | 357.50 | 7,507.50 |
| CHARITY | 5.00 | 105.00 |
| Federal Tax | 503.03 | 14,117.60 |
| IL State Tax | 218.06 | 5,311.49 |
| Medicare | 82.36 | 1,947.58 |
| POLICE INSURANCE | 1.25 | 26.25 |
| POLICE MEMORIAL | 5.00 | 105.00 |
| TERM LIFE INSURANC | 5.02 | 104.58 |
| UNION DUES | 38.00 | 797.00 |

| Net Amount Distribution | | Totals | Current | YTD |
|---|---|---|---|---|
| Type | Amount | Gross | 5,874.03 | 138,363.42 |
| Checking Account | 3,190.05 | Less Before-Tax Deductions | 1,468.76 | 31,060.09 |
| Savings Account |  | Taxable Gross | 4,405.27 | 107,303.33 |
| Check Amount |  | Less After-Tax Deductions | 1,215.22 | 30,022.00 |
| Total | $3,190.05 | Net Amount | $3,190.05 | $77,281.33 |