Exhibit G

**Summary of Changes in Monthly Income**

|  | Schedule I Filed 3/22/19 | Schedule I Filed 7/14/20 | Percent (%) Change Previous Schedule | Schedule I Filed 12/9/2021 | Percent (%) Change Previous Schedule |
|---|---|---|---|---|---|
| Gross Income | $ 7,502.00 | $ 8,719.00 | 16% | $ 11,748.06 | 35% |
| Tax, Medicare, SSI | $ 996.68 | $ 1,166.88 | 17% | $ 1,606.90 | 38% |
| Mandatory Retirement | $ 675.18 | $ 784.72 | 16% | $ 925.66 | 18% |
| Voluntary Retirement | $ 502.50 | $ 770.00 | 53% | $ 1,624.00 | 111% |
| Net Income | $ 5,086.40 | $ 5,797.84 | 14% | $ 7,095.02 | 22% |

**Summary of Changes in Monthly Expenses**

|  | Schedule J Filed 3/22/19 | Schedule J Filed 7/14/20 | Schedule J Filed 12/9/2021 | Change in Expenses |
|---|---|---|---|---|
| Home Maintenance | $ 75.00 | $ 75.00 | $ 100.00 | $ 25.00 |
| Telephone | $ 375.00 | $ 375.00 | $ 525.00 | $ 150.00 |
| Food and Housekeeping | $ 880.00 | $ 980.00 | $ 650.00 | $ (330.00) |
| Personal Care | $ 160.00 | $ 160.00 | $ 100.00 | $ (60.00) |
| Medical | $ 100.00 | $ 100.00 | $ 170.00 | $ 70.00 |
| Transportation | $ 470.00 | $ 470.00 | $ 458.00 | $ (12.00) |
| Life Insurance | $ 155.00 | $ 155.00 | $ 235.00 | $ 80.00 |
| 2nd Car Payment | $ - | $ - | $ 278.00 | $ 278.00 |
| Other Housing for sons and student loans | $ - | $ - | $ 1,064.81 | $ 1,064.81 |
|  |  |  |  | $ 1,265.81 |